UNITED STATES of America, Appellee,

v.

**Cesar Alejandro IBARRA, Appellant.**

No. 07–2815.

United States Court of Appeals, Eighth Circuit.

Submitted: March 6, 2009.

Filed: July 8, 2009.

Gary L. Hayward, U.S. Attorney's Office, Des Moines, IA, Richard D. Westphal, U.S. Attorney's Office, Davenport, IA, for Plaintiff–Appellee.

James Bryson Clements, Davenport, IA, for Defendant–Appellant.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

The judgment of the district court [1] is affirmed and counsel's motion to withdraw is granted. *See* 8th Cir. R. 47B.

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.